[No. 55606-1-I.   Division One.   July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT RUSSELL NORD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01716-0, George N. Bowden, J., entered January 10, 2005. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.

[No. 55693-2-I.   Division One.   July 31, 2006.]

SNOHOMISH COUNTY, *Respondent*, v. CORINNE R. HENSLEY, *Defendant*, FUTUREWISE, *Appellant*.

MACANGUS RANCHES, INC., *Respondent*, v. CENTRAL PUGET SOUND GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Defendants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated November 20, 2006. Substitute opinion filed. See 137 Wn. App. 1009.

[No. 55856-1-I.   Division One.   July 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK RENE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-07039-9, Laura C. Inveen, J., entered March 10, 2005. *Affirmed* by unpublished per curiam opinion.